IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| FELIZ BAEZ | : | |
| USMS #55719-066 | : | |
| PID #879395 | : | |
| Offender ID 10035296 | : | NO. 01-529-2 |

ORDER

AND NOW, this 25th day of August, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Feliz Baez to lift the detainer imposed by the court on February 1, 2022 (Doc. #217), is GRANTED; and

(2) defendant shall be released from federal custody and returned to the custody of the Warden of the Philadelphia Industrial Correctional Center with the following conditions to be imposed by this court when defendant is released from state custody on bail:

    (a) defendant shall be placed on electronic monitoring and confined to his home with permission to leave to attend religious services, to work as an electrician, to attend medical appointments, and as otherwise permitted by his federal probation officer; and

(b)  defendant shall have no contact with the complainant or any potential witness in <u>Commonwealth v. Baez</u>, CP-51-CR-0001631-2022 now scheduled for trial on May 22, 2023 in the Court of Common Pleas of Philadelphia County.

BY THE COURT:

/s/ Harvey Bartle III
_____
                       J.